**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFETECH RESOURCES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KRISCO SALES, LLC, a New Jersey limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-09599-JLS-PD<br><br>**FINAL JUDGMENT** |

In light of the Stipulation for Entry of Final Judgment and Permanent Injunction Order (Doc. 22) filed by Plaintiff Lifetech Resources, LLC ("Lifetech") and Defendant Krisco Sales, LLC ("Krisco"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Krisco, including without limitation Krisco's partners, agents, servants, employees, successors, assignees, executors, trustees, receivers, conservators or administrators and all those in active concert or participation with any of them, is permanently enjoined from doing any of the following:

   a. Acquiring, purchasing, manufacturing, marketing, storing, transporting, transferring, distributing, dealing in, hypothecating, brokering, offering for sale, or selling, directly or indirectly, any Lifetech Products anywhere in the world; and

   b. Directly or indirectly causing, directing or assisting any other person to acquire, purchase, manufacture, market, store, transport, transfer, distribute, deal in, hypothecate, broker, offer for sale, or sell, directly or indirectly, any Lifetech Products anywhere in the world.

2. The Final Judgment shall be binding upon and shall inure to the benefit of the parties and their respective heirs, successors and assigns, and acquiring companies.

3. The Final Judgment shall be the sole and final judgment in the Action with respect to Krisco. Each party shall bear its own attorneys' fees, costs, and expenses incurred in or relating to the Action.

4. All fictitiously named Defendants in the above-captioned action shall be dismissed without prejudice.

//
//
//

5. The Court shall retain exclusive jurisdiction for the purposes of interpretation or enforcement of the rights and obligations undertaken pursuant to the terms of the parties' Settlement Agreement and the Final Judgment.

Dated: April 1, 2025

                                            HON. JOSEPHINE L. STATON
                                            UNITED STATES DISTRICT JUDGE